UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 8/6/2007  
**Case No:** CR-07-00485 JW  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Lee-Anne Shortridge  
**U.S. Probation Officer:** N/A  
**Interpreter:** Lupita Arce (Spanish)  

## TITLE

U.S.A. v. Slvestre Ortiz-Medina ( C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk  
**Attorney(s) for Defendant(s):** Nick Humy

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. Defendant was aided by a Spanish language interpreter for proceedings. The Court continued this matter t 9/17/2007 at 1:30 PM for Setting/Disposition. Time is excluded from 8/6/2007 to 9/17/2007 for efforts to resolve this case short of trial.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: