BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ORTIZ-MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00485 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING; [PROPOSED] ORDER** |
| | ) | |
| SILVESTRE ORTIZ-MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Monday, September 17, 2007, at 1:30 p.m., be continued to Monday, October 01, 2007, at 1:30 p.m.  The continuance has been requested because Mr. Humy was unexpectedly unavailable during the week of September 10, 2007 and requires additional time to meet with his client to discuss a disposition.

    The parties further agree and stipulate that time should be excluded from September 17, 2007 through and including October 01, 2007, for ongoing defense preparation, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and

1  outweigh the interest of the public and defendant in a speedy trial.

2

3

4  Dated: 09/17/07                                          _____/s/_____
                                                              NICHOLAS P. HUMY
5                                                             Assistant Federal Public Defender

6  Dated: 09/17/07                                          _____/s/_____
                                                              JEFF SCHENK
7                                                             Assistant United States Attorney

8

9                                          **ORDER**

10     The parties have jointly requested a continuance of the hearing set for September 17,

11  2007.

12     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

13  presently set for September 17, 2007 be continued to October 01, 2007 at 1:30 p.m. as well as the

14  period of delay from September 17, 2007, to and including October 01, 2007, be excluded for

15  purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections

16  3161(h)(8)(A) and 3161(h)(8)(B)(iv).

17

18
    Dated:    September 14, 2007                            _____
19                                                            JAMES WARE
                                                              United States District Judge
20

21

22

23

24

25

26