**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***

**CRIMINAL MINUTES**

**Judge: James Ware**
**Date:   10/1/2007**
**Case No: CR-07-0485 JW**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Irene Rodriguez**
**U.S. Probation Officer: N/A**
**Interpreter:   Lupita Arce (Spanish)**

**TITLE**

**U.S.A. v. Silvestre Ortiz-Medina ( C)**

**Attorney(s) for Plaintiff(s): Jeff Schenk**
**Attorney(s) for Defendant(s): Nick Huny**

**PROCEEDINGS**

**Status Hearing re Trial Setting/Disposition**

**ORDER AFTER HEARING**

**Hearing Held.  Defendant Ortiz-Medina present and in custody for proceedings.  The Defendant was aided by a Spanish language interpreter for proceedings.**

**The parties made a joint motion for referral to an available Judge for a Settlement Conference.  For the reasons stated on the record, the Court GRANTED the Parties' joint motion.  The Court refers the parties to Judge Ronald M. Whyte for a Settlement Conference as per the parties' request.  The parties are ordered to contact Judge Whyte's chambers to schedule a Settlement Conference.**

**Pending the parties settlement conference, the Court sets the following trial dates:**

**1. Final Pretrial Conference set for 11/26/2007 at 1:30 PM**
**2. Jury Selection set for 12/4/2007 9:00 AM - 12:00 PM**
**2. Jury Trial set for 12/5/2007 - 12/7/2007 8:00 AM - 12:00 PM.**

**Time is excluded from 10/1/2007 through 12/4/2007 accommodate potential settlement discussions and for the continued efforts to resolve the matter short of trial.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: J. Garcia, J Younger