UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. CR 07-00485 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE ADVANCING FINAL PRETRIAL CONFERENCE |
| ORTIZ-MEDINA, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Final Pretrial Conference before Judge James Ware previously noticed for November 26, 2007 at 1:30 PM has been advanced to **November 19, 2007 at 1:30 PM ,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: October 31, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy