1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ORTIZ-MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00485 JW |
| Plaintiff, | STIPULATION AND **[PROPOSED]** ORDER VACATING PRETRIAL CONFERENCE DATE AND SETTING DISPOSITION HEARING; |
| v. | |
| SILVESTRE ORTIZ-MEDINA, | |
| Defendant. | |

### **STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the pre-trial conference hearing date in the above-captioned matter, presently scheduled for Monday, November 19, 2007, at 1:30 p.m., be vacated. Both parties anticipate a resolution to this case and would like to request that a disposition hearing be set for Tuesday, November 20, 2007, at 10:00 a.m.

Dated: 11/09/07                              _____/s/_____
                                             NICHOLAS P. HUMY
                                             Assistant Federal Public Defender

1  Dated: 11/09/07
                                          _____
2                                         JEFF SCHENK
                                          Assistant United States Attorney
3
4                                    **ORDER**

5       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

6  presently set for November 19, 2007 be vacated.  In addition, the parties request that a

   disposition hearing be set for November 20, 2007.
7
8
9  Dated:                                 _____
                                          JAMES WARE
10                                        United States District Judge

ORDER CONTINUING HEARING
No. CR 07-00485 JW                        2