BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ORTIZ-MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00485 JW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER VACATING PRETRIAL |
| | ) | CONFERENCE DATE AND SETTING |
| SILVESTRE ORTIZ-MEDINA, | ) | DISPOSITION HEARING; |
| | ) | |
| Defendant. | ) | |

### STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the pre-trial conference hearing date in the above-captioned matter, presently scheduled for Monday, November 19, 2007, at 1:30 p.m., be vacated. Both parties anticipate a resolution to this case and would like to request that a disposition hearing be set for Tuesday, November 20, 2007, at 10:00 a.m.


Dated: 11/09/07                                    _____/s/_____
                                                   NICHOLAS P. HUMY
                                                   Assistant Federal Public Defender

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00485 JW                               1

1  Dated: 11/09/07
2                                                    JEFF SCHENK
                                                  Assistant United States Attorney

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for November 19, 2007 be vacated. In addition, the parties request that a disposition hearing be set for November 20, 2007 specially set at 10:00 AM. This is the parties' final request for continuance.

Dated:    November 9, 2007

                                                  JAMES WARE
                                                  United States District Judge