1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ORTIZ-MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00485 JW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER VACATING PRETRIAL |
| | ) | CONFERENCE DATE AND SETTING |
| SILVESTRE ORTIZ-MEDINA, | ) | DISPOSITION HEARING; |
| | ) | |
| Defendant. | ) | |

## STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the pre-trial conference hearing date in the above-captioned matter, presently scheduled for Monday, November 19, 2007, at 1:30 p.m., be vacated.  Both parties anticipate a resolution to this case and would like to request that a disposition hearing be set for Tuesday, November 20, 2007, at 10:00 a.m.

Dated: 11/09/07                                 _____/s/_____
                                                NICHOLAS P. HUMY
                                                Assistant Federal Public Defender

1  Dated: 11/09/07

2  JEFF SCHENK
   Assistant United States Attorney

3

4  **ORDER**

5  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

6  presently set for November 19, 2007 be vacated. In addition, the parties request that a

7  disposition hearing be set for November 20, 2007 specially set at 10:00 AM. This is the parties'
   final request for continuance.

8

9  Dated:    November 9, 2007

10  JAMES WARE
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26