UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| Judge: James Ware | Courtroom Deputy: Elizabeth Garcia |
| Date: 11/20/2007 | Court Reporter: Summer Clanton |
| Case No: CR-07-0485 JW | U.S. Probation Officer: N/A |
| | Interpreter: Adele Negro (Spanish) |

## TITLE

U.S.A. v. Silvestre Ortiz-Medina ( C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk
**Attorney(s) for Defendant(s):** Nick Humy

## PROCEEDINGS

1. Dispositional Hearing
2. Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant Ortiz-Medina present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for proceedings. The Defendant waived formal reading of the Superceding Information and waived formal advisement of rights. The Defendant plead guilty as to Counts 1 and 2 of the Superceding Information. The Defendant waived referral to the United States Probation Office for preparation of Presentence Investigation Report. The Court proceeded with immediate sentencing.

The Defendant is sentenced as to Counts ONE (1) and TWO (2) of the Superceding Information. The Defendant is committed as to Count One to SIX (6) months BOP custody; $10.00 special assessment. The Defendant is committed as to Count TWO to TWO (2) years BOP custody; ONE (1) year supervised release under the standard and Court imposed special condition; $100 special assessment. The Defendant's imposed BOP custody terms shall run consecutively to each other. The Court vacated all previous trial dates. The Defendant is remanded to the USMS.

Elizabeth C. Garcia
Courtroom Deputy
Original: E-filed/C. Escolano
CC: J Younger